**SIGHTSOUND TECHNOLOGIES, INC.,**

v.

**ROXIO, INC., and Napster, LLC,**

No. 05–1277.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2005.

*ORDER*

IT IS HEREBY ORDERED that the above-referenced appeal is dismissed, with each party to bear its own costs.

**Linda M. GOULDNER, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 05–3318.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2005.

Linda M. Gouldner, pro se.

1. Required for use on petitions, formal briefs and appendices, court opinions, and disposi-

*Official Caption*[1]

ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.

**Carol A. ROCCO, Petitioner,**

v.

tive court orders. FRAP 12(a); 32(a).